BNDDUTY,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:23−mj−03934−JB−1

| | |
|---|---|
| Case title: USA v. Mitchell Vaughn Lee | Date Filed: 10/05/2023 |
| | Date Terminated: 10/05/2023 |

Assigned to: Magistrate Judge Jacqueline Becerra

**Defendant (1)**

| | | |
|---|---|---|
| **Mitchell Vaughn Lee**<br>07329−506<br>*YOB: 1971 ENGLISH*<br>*TERMINATED: 10/05/2023* | represented by | **Noticing FPD−MIA**<br>305−530−7000<br>Email: MIA_ECF@FD.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| WARRANT/INDICTMENT/COMPLAINT/CENTRAL DISTRICT OF CALIFORNIA/VIOLATION OF PRETRIAL RELEASE | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|

| 10/04/2023 |   | Arrest of Mitchell Vaughn Lee (mdc) (Entered: 10/06/2023) |
|---|---|---|
| 10/05/2023 | 1 | Magistrate Judge Removal case. Copy of Petition/Warrant for Violation of Conditions of Release from Central District of California. Case number in the other District is 2:22–CR–00230–JFW–1 as to Mitchell Vaughn Lee (1). (sl) (Main Document 1 replaced on 10/6/2023) (sl). (Entered: 10/06/2023) |
| 10/05/2023 | 2 | ORDER TO UNSEAL Case as to Mitchell Vaughn Lee. Signed by Magistrate Judge Jacqueline Becerra on 10/5/2023. *See attached document for full details.* (mdc) (Main Document 2 replaced on 10/6/2023) (mdc). (Entered: 10/06/2023) |
| 10/05/2023 | 3 | Minute Order for proceedings held before Magistrate Judge Jacqueline Becerra: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Mitchell Vaughn Lee held on 10/5/2023. Attorney added: Noticing FPD–MIA. Bond set: STIP – Pretrial Detention with the right to revisit – NO HEARING HELD. Defendant WAIVES Pretrial Detention and Removal Hearings. Defendant ORDERED Removed. (Digital 14:08:49/14:14:47) Signed by Magistrate Judge Jacqueline Becerra on 10/5/2023. (mdc) (Entered: 10/06/2023) |
| 10/05/2023 | 4 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Mitchell Vaughn Lee (mdc) (Entered: 10/06/2023) |
| 10/05/2023 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Mitchell Vaughn Lee. Defendant committed to District of Central District of California.. Closing Case for Defendant. Signed by Magistrate Judge Jacqueline Becerra on 10/5/2023. *See attached document for full details.* (mdc) (Entered: 10/06/2023) |

| FILED BY____MP____D.C. | | |
|---|---|---|
| Oct 5, 2023<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA - Miami, Fl | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | 23-3934-MJ-BECERRA |

RECEIVED
USMS RIVERSIDE
DEC 9 '22 PM 3:32

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | 2:22-CR-00230-JFW-1 |
| vs | | |
| Mitchell Vaughn Lee | | WARRANT FOR ARREST |
| | Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest Mitchell Vaughn Lee and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint ☐ Indictment ☐ Information ☒ Order of Court ☐ Violation Petition

☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

Violation of Pretrial Release

in violation of Title __18__ United States Code. Section(s) __3148__

| Kiry K. Gray | | |
|---|---|---|
| NAME OF ISSUING OFFICER | | |
| Clerk of Court | | December 9, 2022, Los Angeles, CA 99012 |
| TITLE OF ISSUING OFFICER | | DATE AND LOCATION OF ISSUANCE |
| Shannon Reilly | /s/ Shannon Reilly | by Hon. John F. Walter, U.S. District Judge |
| SIGNATURE OF DEPUTY CLERK | | NAME OF JUDICIAL OFFICER |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| | |
| DATE OF ARREST | TITLE |
| | |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

PS 8  
(Rev 1 19)

Case 2:22-cr-00230-JFW   Document 70 (Court only)   Filed 12/09/22   Page 1 of 2   Page ID #:344

# United States District Court
for  
CENTRAL DISTRICT OF CALIFORNIA



FILED  
CLERK, U S DISTRICT COURT  
12/9/22  
CENTRAL DISTRICT OF CALIFORNIA  
BY ___sr___ DEPUTY

U.S.A. VS Mitchell Vaughn Lee

Docket No.: 2:22-CR-00230-JFW-1

**Petition for Action on Conditions of Pretrial Release (Warrant Request)**

COMES NOW NATASHA ALEXANDER-MINGO, CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Mitchell Vaughn Lee, who was placed under pretrial release supervision by the Honorable JEAN P. ROSENBLUTH, sitting in the Court at Los Angeles, California, on the 8th day of September, 2022, under the General Conditions of Release and additional conditions as listed on the attached District Court's Release Order and Bond Form (CR-1).

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a Bench Warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Mitchell Vaughn Lee before the United States District Court at Los Angeles, California, to show cause why his bond should not be revoked.

ORDER OF COURT

Considered and ordered this __9th__ day of December 2022 and ordered filed and made a part of the records in the above case.

_____  
United States District Judge  
HONORABLE JOHN F. WALTER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on December 8, 2022

_____  
FERNANDO BASULTO  
Supervisory U.S. Probation & Pretrial Services Officer  
Place: Los Angeles, California

Case 2:22-cr-00230-JFW   Document 70 (Court only)   Filed 12/09/22   Page 2 of 2   Page ID #:345

U.S.A.   VS   Mitchell Vaughn Lee
Docket No   2:22-CR-00230-JFW

---

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. Having being ordered to reside at the Weingart center, USPPSO confirmed the defendant has not resided at the location for approximately two months.

2. Having being ordered to submit to Pretrial Services supervision, the defendant failed to report for supervision.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 23-3934-MJ-BECERRA (SEALED)

UNITED STATES OF AMERICA,
    Plaintiff,

V.

Mitchell Vaughn Lee,
    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 10/5/23

Jacqueline Becerra
UNITED STATES MAGISTRATE JUDGE

# MINUTE ORDER

Page 8

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6        Date: 10/5/23    Time: 1:30 p.m.

Defendant: Mitchell Vaughn Lee    J#: 07329-506    Case #: 23-3934-MJ-BECERRA(SEALED)

AUSA: _____    Attorney: _____

Violation: Warr/Ind/C/D CA / Violation Pretrial Release    Surr/Arrest Date: 10/4/23    YOB: 1971

Proceeding: Initial Appearance    CJA Appt: _____

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: _____

Bond Set at: Stip PTD    Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs    Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
- Deft advised rights
- Brady given
+ Case unsealed
- Court appts FPD
- Deft waives PTD & Removal
- Court orders deft removed to CD-CA

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 14:08:49 / 14:14:47    Time in Court: 5 mins

s/Jacqueline Becerra    Magistrate Judge

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 23-3934-MJ-BECERRA

United States of America
    Plaintiff,
v.

Charging District's Case No. 2:22CR230-JFW-1

Mitchell Vaughn Lee,
    Defendant.
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Central District of California.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/5/23

_____
Defendant's Signature

_____
Jacqueline Becerra
United States Magistrate Judge

8

# United States District Court
# Southern District of Florida
Case No. 23-3934-MJ-BECERRA

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 2:22CR230-JFW-1

Mitchell Vaughn Lee,
(USM# 07329-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Central District of California. **AFPD** was appointed to represent **Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 10/6/23.

Jacquline Becerra
United States Magistrate Judge